Victoria Tenisha Shanae Dillihunt (Full Name)

dillihuntvictoria@yahoo.com (Email Address)

12035 S Broadway # K (Address Line 1)    Homeless this is old address

Los Angeles CA, 90061 (Address Line 2)

No Phone (Phone Number)

Plaintiff in Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT

1/21/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ eee _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

2:24-CV-00553-FMO-MAR

Victoria Tenisha Shanae Dillihunt
_____ ,

Plaintiff,

vs.

**Mission Inn**

**Mission Motel**

**Rochester Zen Center**

**South Weddington Park**

Defendant(s).

**Case No.:** _____
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒Yes ☐ No

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.
Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because ____ The situation took
place in County of plaintiff's residence _____

_____

1

Page Number

Form prepared by Public Counsel. © 2010, 2023 Public Counsel. All rights reserved. Revised: October 2023

Civil Rights Complaint Pursuant to U.S.C. § 1983

### Congressional Record--Appendix, pp. A34-A35
### Current Communist Goals

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

## CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.



# III. PARTIES

3.      Plaintiff **Victoria Tenisha Shanae Dillihunt** resides at:

*(your full name)*

**12035 S Broadway Apt K**

**Los Angeles CA 90061** .

*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant **Mission Inn** works at

*(full name of Defendant)*

**3649 Mission Inn Ave, Riverside, California** .

*(Defendant's place of work)*

Defendant's title or position is **Kelly Roberts** .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: **Defendant is a part of the charades of witchcraft.** **Ex: Mission is short for missionary or for Transmission as in LGBT COMMUNITY GOALS.**

5. Defendant **Mission Motel** works at

*(full name of Defendant)*

**11920 Long Beach Blvd, Lynwood, CA 90262** .

*(Defendant's place of work)*

Defendant's title or position is **Ceo** .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: **Defendant is a part of the charades of witchcraft. Ex: Mission is short for missionary or for Transmission as in LGBT COMMUNITY GOALS.**

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Rochester Zen Center works at
Insert ¶ #           *(full name of Defendant)*

7 Arnold Park, Rochester New York, 14607
*(Defendant's place of work)*

Defendant's title or position is Head of Zendo: Ven Trueman Taylor
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is in a charade of witchcraft. Ex: It's also one of the oldest Zen centers in the United States.

___. Defendant South Weddington Park works at
Insert ¶ #           *(full name of Defendant)*

10600 Valleyheart Dr, Los Angeles CA 91604
*(Defendant's place of work)*

Defendant's title or position is Park
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the Charade of witchcraft. Ex : South Weddington symbolizing Argentina (South America) being married and attempting to stop the marriage between the lamb and the bride so they can stay parked in their position even though their heart is the valley of the shadow of death. The Pope is from Argentina

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Cathedral and Collegiate Church of St. Saviour and St Mary Overie works at
2    *Insert ¶ #*                          *(full name of Defendant)*
   London Bridge, London, SE1 9DA
3                                *(Defendant's place of work)*

4

5    Defendant's title or position is Reverend Dr. Mark Oakley
                                      *(Defendant's title or position at place of work)*
6

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity              ☒ official capacity

9    This Defendant was acting under color of law because defendant is a part of
10   the charades of witchcraft. Ex: This is a church & school combined
11   together under the saviour (Jesus Christ of Nazareth) however there's NO NAME so anybody
12   can pretend to be the saviour and St Mary Overie. The word ovary is a female
13   reproductive organ. This is considered incest because the saviour came from Mary
14   however this school places them as if they were a couple.

15

16   ___. Defendant Florence Nightingale Faculty of Nursing and Midwifery works at
17   *Insert ¶ #*                          *(full name of Defendant)*
18   James Clerk Maxwell Building, 57 Waterloo Road, London, England SE1 8WA.
                                *(Defendant's place of work)*
19

20   Defendant's title or position is Head of School: Ian Norman
21                                    *(Defendant's title or position at place of work)*
22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. Ex: Florence Nightingale was a social reformer and the
27   founder of modern nursing. She gave nursing a favorable reputation and became an ICO
28   of the Victorian Culture. The first official nurses training program was hers in 1860 called
     Nightingale School for Nurses and is now called the above name.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Roman Catholic Diocese of Motherwell_ works at

Insert ¶ #                                   *(full name of Defendant)*

_Diocesan Centre, Coursington Rd, Motherwell ML1 1PP, UK_

*(Defendant's place of work)*

Defendant's title or position is _Bishop: Joseph A. Toal_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft._

___. Defendant _Corpus Christi Church_ works at

Insert ¶ #                                   *(full name of Defendant)*

_Crow Wood Cres, Calderbank, Airdrie ML6 9TA, UK_

*(Defendant's place of work)*

Defendant's title or position is _Rev. Fr. Vincent Lockhart_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft._

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___.  Defendant *Mary Star of the Sea Catholic Church* works at

2   Insert ¶ #                                 (full name of Defendant)

3   *877 W. 7th St, San Pedro, CA 90731*
                        (Defendant's place of work)

4

5   Defendant's title or position is *Bishop: Oscar A. Solis*
                                    (Defendant's title or position at place of work)

6

7   This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity              ☒ official capacity

9

10  This Defendant was acting under color of law because *defendant is a part of*

11  *the charades of witchcraft. Ex: Mary Star of the Sea is letting*

12  *you know that the Roman Catholic Church is the Mother of Harlots*

13  *which also confirms why the Queen Mary sits on Long Beach CA waters*

    *because san pedro is next door to Long Beach.*

14

15

16  ___.  Defendant *Mary Star of the Sea Parish Hall* works at

17  Insert ¶ #                                 (full name of Defendant)

18  *180 Harrison Ave, Sausalito CA 94965*
                        (Defendant's place of work)

19

20  Defendant's title or position is *Fr. Pat Michaels*

21                                  (Defendant's title or position at place of work)

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity              ☒ official capacity

25  This Defendant was acting under color of law because *defendant is a part of*

26  *the charades of witchcraft. Ex: Mary Star of the Sea Parish Hall*

27  *is symbolically telling us through the name Harrison (my grandmothers last name who*

28  *work as a Nurse for MLK hospital & her husband was in the military) that these*
    *are Marys weapons to cause people to perish like the Holocaust, sickness, murders,*
    *etc as a form of genocide.*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant *Mary Star of the Sea High School* ___ works at

2 *Insert ¶ #*                              *(full name of Defendant)*

3 *2500 N. Taper Ave. San Pedro, CA 90731*

*(Defendant's place of work)*

4

5 Defendant's title or position is *Principal: Rita Dever* ___

6                              *(Defendant's title or position at place of work)*

7 This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

8

9 This Defendant was acting under color of law because *defendants are a part of*

10 *the charades of witchcraft. Ex: Mary Star of the Sea High School is*

11 *symbolically taking claims of the youth & education especially since*

12 *the oldest school in the world is in Bologna, Italy (established 1088)*

13

14

15

16 ___. Defendant *Mary Star of the Sea Elementary* ___ works at

17 *Insert ¶ #*                              *(full name of Defendant)*

18 *717 South Cabrillo Ave San Pedro CA 90731*

*(Defendant's place of work)*

19

20 Defendant's title or position is *Father: Patrick Foutts*

21                              *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity          ☒ official capacity

25 This Defendant was acting under color of law because *defendant is a part of*

26 *the charades of witchcraft. Ex: Mary Star of the Sea Elementary*

27 *is symbolically taking claims of the youth & education especially*

28 *since the oldest school in the world is in Bologna, Italy (established 1088)*

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant Diocese of Lincoln _____ works at

2

*Insert ¶ #*                    *(full name of Defendant)*

Edward King House, Minister Yard, Lincoln, LN2 1PU .

3

*(Defendant's place of work)*

4

5

Defendant's title or position is Bishop: Stephen Conway

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

☐ individual capacity          ☒ official capacity

8

9

This Defendant was acting under color of law because defendant is a part

10

of the charade of witchcraft. Ex: Abraham Lincoln was a president

11

for the USA which is when they freed the slaves during his

12

presidency

13

14

15

16

___. Defendant Lincolnshire County Council _____ works at

17

*Insert ¶ #*                    *(full name of Defendant)*

County Offices, Newland, Lincoln LN1 1YL, United Kingdom

18

*(Defendant's place of work)*

19

20

Defendant's title or position is Chief Executive: Debbie Barnes

21

*(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

24

☐ individual capacity          ☒ official capacity

25

This Defendant was acting under color of law because defendant is a part

26

of the charade of witchcraft. Ex: Abraham Lincoln was a president

27

for the USA which is when they freed the slaves during his

28

presidency

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _The St. Thomas More Society of Los Angeles_____ works at

2    _Insert ¶ #_                    *(full name of Defendant)*

2-3    _7435 North Figueroa St, Box 411752, Los Angeles, CA 90041_____.

3                        *(Defendant's place of work)*

5    Defendant's title or position is _President: Michele B. Friend_____.

                        *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity            ☒ official capacity

9    This Defendant was acting under color of law because _defendant is a part of_

10   _the charades of witchcraft. Ex: St Thomas More is the saint over_

11   _adopted children, civil service, court clerks, lawyers, politicians, stepparents,_

12   _and widows. This explains witchcraft all by itself_

16   ___. Defendant _St Thomas More Catholic Church_____ works at

17   _Insert ¶ #_                    *(full name of Defendant)*

18   _1036 N. Ponce de Leon Ave, Decatur, GA 30030_____.

                        *(Defendant's place of work)*

20   Defendant's title or position is _Fr. Bob Hussey, SJ_____.

                        *(Defendant's title or position at place of work)*

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity            ☒ official capacity

25   This Defendant was acting under color of law because _defendant is a part of_

26   _the charades of witchcraft. Ex: St Thomas More is the saint over adopted_

27   _children, civil service, court clerks, lawyers, politicians, stepparents, and widows._

28   _This explains witchcraft ALL BY ITSELF._

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant *Holy Trinity and All Saints* _____ works at

2    Insert ¶ #                              *(full name of Defendant)*

3    *293 Muiryhall St, Coatbridge ML5 3RT, United Kingdom* .

                                        *(Defendant's place of work)*

4

5    Defendant's title or position is *Father Doyle* .

                                        *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

          ☐ individual capacity          ☒ official capacity

8

9    This Defendant was acting under color of law because *defendant is a part of*

10   *the charades of witchcraft.* _____

11   _____

12   _____

13   _____

14

15

16   ___. Defendant *St Stephen's Coatbridge Catholic Church* works at

17   Insert ¶ #                              *(full name of Defendant)*

18   *Paddock Street Coatbridge, North Lanarkshire, Scotland ML54PG* .

                                        *(Defendant's place of work)*

19

20   Defendant's title or position is *Father Doyle* .

21                                       *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

          ☐ individual capacity          ☒ official capacity

24

25   This Defendant was acting under color of law because *defendant is a part of*

26   *the charades of witchcraft.* _____

27   _____

28   _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Creatures Inc _____ works at

Insert ¶ #                                        *(full name of Defendant)*

2-10-2 Fujimi, Chiyoda, Tokyo Japan _____.

*(Defendant's place of work)*

Defendant's title or position is Vice President: Tomotaka Komura .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Pokemon

_____

_____

_____

___. Defendant Microsoft Corporation _____ works at

Insert ¶ #                                        *(full name of Defendant)*

1 Microsoft Way Redmond, Washington 98052 _____.

*(Defendant's place of work)*

Defendant's title or position is Information Technology Vice President Brad Smith.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft.

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Hooked on Phonics Canada _____ works at

2    Insert ¶ #                    *(full name of Defendant)*

3    4 Mountainview Terrace, Danbury CT  06810
                        *(Defendant's place of work)*

4

5    Defendant's title or position is Re: Chip Paucek
                        *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

        ☐ individual capacity        ☒ official capacity

8

9    This Defendant was acting under color of law because defendant is a part of

10   the charades of witchcraft. Ex: Phonics is how to sound out words

11   which is how they use word play to mess with everything (they means.

12   whoever is twisting up the languages to deceive people)

13

14

15

16   ___. Defendant Sterling Partners _____ works at

17   Insert ¶ #                    *(full name of Defendant)*

18   167 N. Green St. 4th floor, Chicago Illinois 60607
                        *(Defendant's place of work)*

19

20   Defendant's title or position is Chairman: STEVEN TASLTTZ
                        *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

        ☐ individual capacity        ☒ official capacity

24

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft.

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant __Harman International Industries__ works at
*Insert ¶ #*                     *(full name of Defendant)*

__400 Atlantic St 15th Fl, Stamford, CT 06901__
                    *(Defendant's place of work)*

Defendant's title or position is __CEO : Michael Mauser__
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of__
__the charades of witchcraft. Ex: Harman owns Crown International__
__which is a manufacturer of audio electronics. Harman is owned__
__by Samsung which is headquartered in S. Korea.__

___. Defendant __Samsung Electronics Co. Ltd__ works at
*Insert ¶ #*                  *(full name of Defendant)*

__129 Samsung-ro, Yeongtong-gu Suwon, Gyeonggi, 16677 Republic of Korea__
                    *(Defendant's place of work)*

Defendant's title or position is __Executive Chair : Lee Jae-yong & President Kye Hyun Kyung__
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because __defendant is a part of__
__the charades of witchcraft__

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Mark Anthony Wine & Spirits ___ works at
*Insert ¶ #*                    *(full name of Defendant)*

5105 Great Northern Way Vancouver, BC  V5T OH8 Canada
*(Defendant's place of work)*

Defendant's title or position is Alcohol Company (Re: Anthony Von Mandi, O.C, O.B.C
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Example: Mark Anthony = marking a person to be somebody they are not like labeling Anthony a beast. Then Wine & Spirits symbolizes drinking and opening up to demonic spirits.

___. Defendant Mark Anthony Brewing ___ works at
*Insert ¶ #*              *(full name of Defendant)*

167 N. Green St. Suite 600A, Chicago IL  60607
*(Defendant's place of work)*

Defendant's title or position is Alcohol Industry
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Mark Anthony Brewing symbolizes Marking Anthony as a sorcerer because witches are the ones that brew up different drinking potions for spells. People trying to escape the judgement for their sorcery.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Mitsubishi Group ___ works at

*Insert ¶ #*                    *(full name of Defendant)*

2 Chome-6-1 Marunouchi, Chiyoda City, Tokyo 100-0005, Japan

*(Defendant's place of work)*

Defendant's title or position is President : Katsuya Nakanishi

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex:

_____

_____

_____

___. Defendant Panasonic Holdings Corporation ___ works at

*Insert ¶ #*                    *(full name of Defendant)*

1006, Kadoma, Kadoma City, Osaka 571-8501, Japan

*(Defendant's place of work)*

Defendant's title or position is CEO : Yuki Kusumi

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _University of Tokyo Animation_ works at
2
         _Insert ¶ #_                  _(full name of Defendant)._
3    _1-1-8 Shimoochiai Shinjuku-ku Tokyo 161-0033_
                        _(Defendant's place of work)_
4

5    Defendant's title or position is _Animation College (Re:_
                                    _(Defendant's title or position at place of work)_
6

7    This Defendant is sued in his/her (check one or both):
8          ☐ individual capacity          ☒ official capacity

9
10   This Defendant was acting under color of law because _defendant is caught_
     _in web of witchcraft_
11
12
13
14
15
16   ___. Defendant _Emory Decatur Hospital_ works at
17        _Insert ¶ #_                  _(full name of Defendant)_
18   _2701 N. Decatur Rd. Decatur, GA 30033_
                        _(Defendant's place of work)_
19

20   Defendant's title or position is _President Gregory L. Fenves_
                                    _(Defendant's title or position at place of work)_
21

22
23   This Defendant is sued in his/her (check one or both):
24         ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because _defendant is caught_
     _in a charade of witchcraft_
26
27
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Monastery of the Angels_ works at
*Insert ¶ #*                    *(full name of Defendant)*

1977 Carmen Avenue, Los Angeles CA  90068 .
                    *(Defendant's place of work)*

Defendant's title or position is _Church/Temple_
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part_
_of the charade of witchcraft. Ex: The Catholic church_
_locked up certain names as churches to bind up the_
_world._

___. Defendant _Mario Kart: Bowser's Challenge_ works at
*Insert ¶ #*                    *(full name of Defendant)*

3522 Starway, North Hollywood, CA 91602
                    *(Defendant's place of work)*

Defendant's title or position is _Theme Park_
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part_
_of the charades of witchcraft. Ex: They have given_
_power to the image of the beast._

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _DeWalt Industrial Tool Company_ works at
2  Insert ¶ #                    *(full name of Defendant)*
3  _101 E. Joppa Rd, Towson, Maryland 21286_
                    *(Defendant's place of work)*

4
5  Defendant's title or position is _Re: Ceo_
                    *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):
7  ☐ individual capacity           ☒ official capacity
8
9  This Defendant was acting under color of law because_defendant is a part of_
10 _the charades of witchcraft. Ex: Dewalt symbolizes Walt Disney_
11 _taking away son (Jesus) so Mary could have the LAND_
12

13
14
15
16  ___. Defendant _Stanley Black & Decker, Inc_ works at
17  Insert ¶ #                    *(full name of Defendant)*
18 _1000 Stanley Dr, New Britain, Connecticut 06053_
                    *(Defendant's place of work)*
19
20  Defendant's title or position is _CEO Don Allan_
21                 *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24 ☐ individual capacity           ☒ official capacity
25  This Defendant was acting under color of law because_defendant is a part of_
26 _the charades of witchcraft. Ex - Manufacturing witchcraft and_
27 _Parant Company of Dewalt_
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant **Supreme Electronics** works at

Insert ¶ #                    *(full name of Defendant)*

**1208 Landmark North, 39 Lung Sum Avenue, Sheung Shui, N.T. Hong Kong.**

*(Defendant's place of work)*

Defendant's title or position is **Kilfy Zhao**.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex: Supreme Electronics is one of Samsungs past partnerships due to counterfeits. They were labeled "Supreme Italia"**

___. Defendant **LG Corporation** works at

Insert ¶ #                    *(full name of Defendant)*

**128 Yeoui-daero, Yeongdeungpo-gu, Seoul, South Korea, 07336**

*(Defendant's place of work)*

Defendant's title or position is **CEO: Koo Kwang-mo**.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex: LG operates the Coca-Cola Korea Bottling Company which is tied to military because the creator of Coca Cola was in the Confederate States Army (John Pemberton). LG also is a holding company for more than 30 companies in the fields of electronics, chemicals, & telecom fields.**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant <u>Ionian Islands</u> works at

*Insert ¶ #*              *(full name of Defendant)*

<u>Alykes Potamou, 49100, Corfu</u>

*(Defendant's place of work)*

Defendant's title or position is <u>Regional Governor : Rodi Kratsa-Tsagaropoulou</u>.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the charades of witchcraft. Ex: An Ion is an atom or molecule with a net electrical charge.</u>

___. Defendant <u>Broadway Technology</u> works at

*Insert ¶ #*              *(full name of Defendant)*

<u>28 Liberty St, FL50, New York City, NY 10005</u>

*(Defendant's place of work)*

Defendant's title or position is <u>CEO: Michael Chin</u>

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the charades of witchcraft. Ex: ION acquired the larger part of Broadway Technology in 2020</u>

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Samsung Group** works at
*Insert ¶ #* *(full name of Defendant)*

**11 Seocho-daero 74-gil, Seocho-gu, Seoul, South Korea**
*(Defendant's place of work)*

Defendant's title or position is **Chairman: Lee Jae-yong**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex: Samsung was funded by Lee Byung-chul in 1938 as a trading company now its a conglomerate company with Lee-Jae young as Chairman. the Lee is a name connected to Military symbolizing warfare.**

___. Defendant **Samsung Research America** works at
*Insert ¶ #* *(full name of Defendant)*

**665 Clyde Avenue, Mountain View, CA 94043**
*(Defendant's place of work)*

Defendant's title or position is **CEO**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex:**

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Long Beach Catholic Regional School works at

*Insert ¶ #*                    *(full name of Defendant)*

735 West Broadway Long Beach, NY 11561

*(Defendant's place of work)*

Defendant's title or position is Principal John-Paul Barnaba.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: Barnabas, John, & Paul were
all leaders of Christ

___. Defendant Kindle Direct Publishing works at

*Insert ¶ #*                    *(full name of Defendant)*

410 Terry Ave N, Seattle Washington 98109

*(Defendant's place of work)*

Defendant's title or position is Jeff Bezos

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: They took over createspace however I
haven't been able to access my account since then nor have I been
able to promote my book (J.E.S.U.S) so basically they've held my
work captive for a little over 5 years now.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Comcast Corporation** works at
*Insert ¶ #*                        *(full name of Defendant)*

**1701 John F. Kennedy Blvd #300, Philadelphia, PA 19103**
*(Defendant's place of work)*

Defendant's title or position is **Telecommunications (Re: CEO Brian L. Roberts)**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant has partaken in another parties charades of witchcraft.**

___. Defendant **EuropaCorp S.A.** works at
*Insert ¶ #*                        *(full name of Defendant)*

**20 RUE AMPERE 93200, St DENIS, ILE DE FRANCE**
*(Defendant's place of work)*

Defendant's title or position is **Motion Picture (Re: CEO Mar Shmuger)**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because **defendant has partaken in another parties charades of witchcraft.**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant National Collegiate Athletic Association (NCAA)___ works at

*Insert ¶ #*                              *(full name of Defendant)*

2
3   700 W. Washington St, Indianapolis, IN 46202
                              *(Defendant's place of work)*

4
5   Defendant's title or position is College Sports (Re: President Charlie Baker)
                                        *(Defendant's title or position at place of work)*

6
7   This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity              ☒ official capacity

9
10  This Defendant was acting under color of law because defendant is a part

11  of another parties charades of witchcraft

12
13
14
15
16  ___. Defendant Canadian Football League,___ works at

17  *Insert ¶ #*                              *(full name of Defendant)*

18  50 Wellington Street, East, Toronto Ontario
                              *(Defendant's place of work)*

19
20  Defendant's title or position is East & West Division (Re: Commissioner: Randy Ambrosie)

21                                      *(Defendant's title or position at place of work)*

22
23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity              ☒ official capacity

25  This Defendant was acting under color of law because defendant has partaken

26  in another parties charades of witchcraft

27
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Shell PLC                                              works at
2  Insert ¶ #                                    (full name of Defendant)
   Shell Centre London SE1 7NA
3                                                 (Defendant's place of work)
4
5  Defendant's title or position is Chair person Andrew Mackenzie
6                                                 (Defendant's title or position at place of work)
   This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity              ☒ official capacity
8
9  This Defendant was acting under color of law because defendant is a part of
10 the charades of witchcraft.
11  _____
12  _____
13
14
15
16 ___. Defendant BP PlC                                                works at
17 Insert ¶ #                                    (full name of Defendant)
   1St James's Square, St.James's, London SW1Y 4PD, UK
18                                                (Defendant's place of work)
19
20 Defendant's title or position is CEO. Murray Auchincloss
21                                                (Defendant's title or position at place of work)
22
   This Defendant is sued in his/her (check one or both):
23
        ☐ individual capacity              ☒ official capacity
24
25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. Ex; Its a Supermajor gas & oil company
27 & ARCO is one of its babies.
28  _____

                                   Page Number
                   Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.  Defendant Temple University                                 works at

Insert ¶ #                            *(full name of Defendant)*

2

3    1301 N. Broad St Philadelphia, PA 19122

*(Defendant's place of work)*

4

5    Defendant's title or position is Re: President

*(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

8    ☐ individual capacity          ☒ official capacity

9

10   This Defendant was acting under color of law because defendant is a part

11   of the charades of witchcraft

12   _____

13   _____

14

15

16   ___.  Defendant Sustainable Apparel Coalition              works at

17   Insert ¶ #                          *(full name of Defendant)*

18   Hong Thai Expo and Business Centre, 5/F United Centre, 95 Queensway, Admiralty, Hong Kong.

*(Defendant's place of work)*

19

20   Defendant's title or position is Global Office

21                                  *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part

26   of the charades of witchcraft

27   _____

28   _____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Tulane University of Louisiana_____ works at

2    _Insert ¶ #_                    _(full name of Defendant)_

3    _6823 St Charles Ave, New Orleans, LA 70118_____
                            _(Defendant's place of work)_

4

5    Defendant's title or position is _President Michael Fitts_____.
                                _(Defendant's title or position at place of work)_

6

7    This Defendant is sued in his/her (check one or both):

8            ☐ individual capacity            ☒ official capacity

9    This Defendant was acting under color of law because _defendant is a part_

10   _of the charades of witchcraft_____

11   _____

12   _____

13   _____

14

15

16   ___. Defendant _Georgetown University (Jesuit Research)_ works at

17   _Insert ¶ #_                    _(full name of Defendant)_

18   _3700 O St NW, Washington, DC 20057_____
                            _(Defendant's place of work)_

19

20   Defendant's title or position is _President_____.
                                _(Defendant's title or position at place of work)_

21

22

23   This Defendant is sued in his/her (check one or both):

24            ☐ individual capacity            ☒ official capacity

25   This Defendant was acting under color of law because _defendant is a part_

26   _of the charades of witchcraft._____

27   _____

28   _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant *Air Force Memorial*                          works at
2   Insert ¶ #                    *(full name of Defendant)*
3   *1 Air Force Memorial Dr, Arlington, VA 22204*
                                *(Defendant's place of work)*
4

5   Defendant's title or position is *Burial Site*
6                              *(Defendant's title or position at place of work)*

7   This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity              ☒ official capacity
9

10  This Defendant was acting under color of law because *defendant is a part of*
    *the charades of witchcraft.*
11

12

13

14

15

16  ___. Defendant *UNITED STATES AIR FORCE*                     works at
17  Insert ¶ #                    *(full name of Defendant)*
18  *1670 Air Force Pentagon Washington DC 20330*
                                *(Defendant's place of work)*
19

20  Defendant's title or position is *Frank Kendall of Air Force*
21                             *(Defendant's title or position at place of work)*
22

23  This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity              ☒ official capacity
25  This Defendant was acting under color of law because *defendant is a part of*
26  *the charades of witchcraft.*
27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _The Commonwealth_ _____ works at
2   Insert ¶ #                    *(full name of Defendant)*
3   _Marlborough House, Pall Mall, St. James's, London, United Kingdom, SW1Y 5HX_
    *(Defendant's place of work)*
4
5   Defendant's title or position is _International Association_ _____.
6                                    *(Defendant's title or position at place of work)*

    This Defendant is sued in his/her (check one or both):
7
8       ☐ individual capacity          ☒ official capacity
9
    This Defendant was acting under color of law because _defendant is a part of_
10  _the charades of witchcraft._
11
12  _____
13  _____
14
15
16
17  ___. Defendant _Commonwealth Joint Office in New York_ _____ works at
    Insert ¶ #                    *(full name of Defendant)*
18  _685 Third Ave, 11 Fl, New York, NY 10017_
19                    *(Defendant's place of work)*
20
    Defendant's title or position is _International Association_ _____.
21                                   *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity          ☒ official capacity
25  This Defendant was acting under color of law because _defendant is a part of_
26  _the charades of witchcraft._
27  _____
28  _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Long Beach CA works at

*Insert ¶ #*                                                  *(full name of Defendant)*

333 W. Ocean Blvd. Long Beach CA, 90802

*(Defendant's place of work)*

Defendant's title or position is Mayor: Rex Richardson.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Rex symbolizes T-Rex which is a big flesh eating Dinosaur and it can also resemble The serpent or reptilians

___. Defendant Carson, CA works at

*Insert ¶ #*                                                  *(full name of Defendant)*

701 E. Carson St. Carson CA 90745

*(Defendant's place of work)*

Defendant's title or position is Mayor: Lula Davis-Holmes

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Lula Holmes can also represent Samoan, pacific islanders, or hawaiians, etc claiming territory as their home.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant *Canary Islands*                                    works at
2     *Insert ¶ #*                    *(full name of Defendant)*
3  C/Teobaldo Power, 7. 38002 S/C Tenerife,                            .
                          *(Defendant's place of work)*
4
5  Defendant's title or position is *President: Hon. Mr. Fernando Clavijo Batlle*
6                                    *(Defendant's title or position at place of work)*
7  This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity          ☒ official capacity
9
10 This Defendant was acting under color of law because *defendant is a part of*
   *the charades of witchcraft.*
11
12 _____
13 _____
14
15
16 ___. Defendant *Republic of Haiti*                                  works at
17    *Insert ¶ #*                    *(full name of Defendant)*
18 31, rue Cheriez Cahape-Vert, Port-au-Prince, HAITI (West Indies)    .
                          *(Defendant's place of work)*
19
20 Defendant's title or position is *Prime Minister: Ariel Henry* (Director of BHDA)
21                                    (Mrs. Emmelie Phrophete Milce)
                          *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity          ☒ official capacity
25 This Defendant was acting under color of law because *defendant is a part of*
26 *the charades of witchcraft. Ex: First Viceroyalty in the Indies designates*
27 *the number of titles and rights granted to Christopher Columbus by the Catholic Monarchs in*
28 *1492. Both Haiti & Dominican Republic were part of the Crown of Castile.*

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Triple Five Group _____ works at

2  *Insert ¶ #* _____ *(full name of Defendant)*

3  Canadian Executive Office Suite 3000, 8882-170 Street Edmonton, Alberta T5T 4M2

   *(Defendant's place of work)*

4

5  Defendant's title or position is  CEO

6                          *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

      ☐ individual capacity          ☑ official capacity

8

9  This Defendant was acting under color of law because  defendant is

10  a part of charades of witchcraft Ex: 555 is 5+5+5 =15 then 1+5=6

11  now triple the 6= 666. Also 555 can symbolize 5 book of bible, 5 chapter, 5 verse =

12  Deuteronomy 5:5 - (I stood between the LORD and you at that time, to shew you the word

13  of the LORD; for ye were afraid by reason of the fire, and went not up into the

14  mount;)saying, 6)I am the LORD thy God, which brought thee out of the kind of,

15  Egypt, from the house of bondage. *See, here we have the hidden truth, the corportations

    are all the mark of the beast while pretending to be GOD(Deut 6:5-6 proves this)

16  ___. Defendant Triple Five Group _____ works at

17  *Insert ¶ #* _____ *(full name of Defendant)*

18  9440 W. Sahara, Suite 240 Las Vegas, Nevada 89117

                    *(Defendant's place of work)*

19

20  Defendant's title or position is  U.S.A. Las Vegas Executive Office

21                          *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

      ☐ individual capacity          ☑ official capacity

24

25  This Defendant was acting under color of law because  defendant is

26  a part of charades of witchcraft

27  _____

28  _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Postmaster General Louis Depy _____ works at

*Insert ¶ #*        (full name of Defendant)

475 L'Enfant Plaza SW, Washington DC 20260-0010

(Defendant's place of work)

Defendant's title or position is USPS Head Quarters

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because the defendant is a part of the system that was designed to spy, do mail fraud (which has happened to me many times, etc

___. Defendant Southern California Edison _____ works at

*Insert ¶ #*        (full name of Defendant)

2244 Walnut Grove Rosemead CA 91770

(Defendant's place of work)

Defendant's title or position is Electricity Company

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because the defendants service that's provided is hazardous to humanity due to where they get the electricity from which has also caused demons to infiltrate humanity, interefere with everyday life, and use unseen forces to obtain mind control.

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _International Air Transport Association_ works at
2  Insert ¶ #                    *(full name of Defendant)*
3  _800 Place Victoria P.O. BOX 113, Montreal - H4Z 1M1, Quebec Canada_.
                              *(Defendant's place of work)*
4
5  Defendant's title or position is _Montreal Head Office_
6                                    *(Defendant's title or position at place of work)*
7  This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity          ☒ official capacity
9
10  This Defendant was acting under color of law because _defendant is a part_
11  _of the charades of witchcraft. Ex: 800 Place-Victoria (above address)_
12  _seems like placing an ad to buy me as if I'm a call girl. This is worldwide_
13  _clientele that has been prostituting me without my knowledge since I was a_
14  _child which would make the system a Child Trafficking System! SMH! This_
15  _hurts to see all these things, be homeless in streets, & targeted like I'm the enemy._
   _Oh! How I wish I could cry, so being numb ain't even helping me cope!_
16
17  ___. Defendant _Borough of Fort Lee_                          works at
   Insert ¶ #                    *(full name of Defendant)*
18  _309 Main Street, Fort Lee, NJ 07024_
19                              *(Defendant's place of work)*
20
21  Defendant's title or position is _Mayor Mark J. Sokolich_
22                                    *(Defendant's title or position at place of work)*
23  This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity          ☒ official capacity
25  This Defendant was acting under color of law because _defendant is a part_
26  _of the charades of witchcraft & it's said to be the birthplace of the_
27  _motion picture industry in United States_
28

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant  Lee County, Alabama  works at
     *Insert ¶ #*                    *(full name of Defendant)*

2,3  215 South 9th Street, Opelika, AL, 36801  .
                      *(Defendant's place of work)*

5    Defendant's title or position is  Chairman: Bill English
                            *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7    ☐ individual capacity          ☒ official capacity

9,10,11,12  This Defendant was acting under color of law because defendant is a part of
     the charades of witchcraft. Ex: This county was named after General Robert
     E. Lee. the chief of armies of the confederate States.

16   ___. Defendant  Phenix City, Alabama  works at
     *Insert ¶ #*                    *(full name of Defendant)*

18   601 12th St Phenix City, AL 36867
                      *(Defendant's place of work)*

20   Defendant's title or position is  Mayor: Eddie N. Lowe
                            *(Defendant's title or position at place of work)*

23   This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity          ☒ official capacity

25,26,27,28  This Defendant was acting under color of law because defendant is a part of
     the charades of witchcraft. Ex: The Phoenix bird is known for self
     destructing & being rebirthed. Phenix city is inside Lee County
     which explains another form of reincarnation based on Names.
     Phenix is also a part of the Battle of Columbus.

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ____. Defendant The Organization of World Heritage Cities works at
2    Insert ¶ #                        (full name of Defendant)
3    5, rue Cul-de-Sac, Quebec (Quebec) G1K 4H6 Canada.
                                  (Defendant's place of work)
4
5    Defendant's title or position is Mayor: Mr. Bruno Marchand
6                                    (Defendant's title or position at place of work)
     This Defendant is sued in his/her (check one or both):
7
          ☐ individual capacity          ☒ official capacity
8
9    This Defendant was acting under color of law because defendant is part of the
10   Charades of Witchcraft. Ex:
11
12
13
14
15

16   ____. Defendant The UNEP World Conservation Monitoring Centre works at
17   Insert ¶ #                        (full name of Defendant)
18   219 Huntingdon Road, Cambridge  CB30DL, United Kingdom.
                                  (Defendant's place of work)
19
20   Defendant's title or position is Director: Neville Ash
21                                    (Defendant's title or position at place of work)
22
23   This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity          ☒ official capacity
25   This Defendant was acting under color of law because defendant is part of the
26   Charades of Witchcraft. Ex:
27
28

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant _Newfoundland and Labrador_ works at
2  Insert ¶ #                    (full name of Defendant)
3  _P.o Box 8700 St Johns NL Canada A1B 4J6_
                                 (Defendant's place of work)
4
5  Defendant's title or position is _Joan Marie Aylward_
6                              (Defendant's title or position at place of work)
7  This Defendant is sued in his/her (check one or both):
       ☐ individual capacity          ☒ official capacity
8
9  This Defendant was acting under color of law because _of witchcraft due_
10 _to King George VI who was also Duke of York having 2 identities_
11
12
13
14
15
16 ___. Defendant _Memorial University_ works at
17 Insert ¶ #                    (full name of Defendant)
18 _230 Elizabeth Ave St. Johns, NL, A1C 5S7 Canada_
                                 (Defendant's place of work)
19
20 Defendant's title or position is _President: Neil Bose_
21                              (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
       ☐ individual capacity          ☒ official capacity
24
25 This Defendant was acting under color of law because _of witchcraft &_
26 _worshipping the dead_
27
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Weed, California                                              works at

*Insert ¶ #*          *(full name of Defendant)*

2
3   560 Main Street, Weed, CALIFORNIA 96094

*(Defendant's place of work)*

4
5   Defendant's title or position is Mayor Pro Tem: Stacey Green          .

*(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7   ☐ individual capacity            ☑ official capacity

8
9   This Defendant was acting under color of law because defendant is a part of

10  the charades of witchcraft

11
12
13
14
15
16  ___. Defendant Aaron Thomas/49ERS Coach                              works at

*Insert ¶ #*          *(full name of Defendant)*

17
18  4949 Centennial Blvd. Santa Clara CA 95054

*(Defendant's place of work)*

19
20  Defendant's title or position is Tight End                           

*(Defendant's title or position at place of work)*

21
22
23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity            ☑ official capacity

25  This Defendant was acting under color of law because defendant is a part of

26  the charades of witchcraft. Ex: Aaron grew up in Weed, California,

27  Went to Weed highschool, he played for the 49ers & New York Giants,

28  and his position was tight end (so everybody who smoke weed is in a tight end position.)

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant NOAA/ National Oceanic and Atmospheric Administration works at
_Insert ¶ #_    *(full name of Defendant)*

1401 Constitution Ave NW, Room 5128 Washington DC 20230 .
*(Defendant's place of work)*

Defendant's title or position is Rick Spinrad .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Parent Agency is US Department of Commerce.

_____

___. Defendant National Weather Service works at
_Insert ¶ #_    *(full name of Defendant)*

1325 East West Highway Silver Spring, MD 20910 .
*(Defendant's place of work)*

Defendant's title or position is Director: Kenneth Graham .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Altering weather or being aware that the weather is altered using the weather machine which is sorcery because humans are manipulating Gods natural creation.

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Anaconda Deer Lodge County Montana_ works at

2   _Insert ¶ #_                  *(full name of Defendant)*

3   _800 Main Street, Anaconda, MT 59711_ .

                                *(Defendant's place of work)*

4

5   Defendant's title or position is _Chief Executive Officer: Bill T. Everett_ .

                                *(Defendant's title or position at place of work)*

6

7   This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity              ☒ official capacity

9

10  This Defendant was acting under color of law because _defendant is a part of_
_the charades of witchcraft. Ex: Anaconda is a Music video for_
11  _Nikki Minaj song. In Anaconda, Montana theres the Washoe Theater._
12  _Washoe is the name of a county in Nevada. Washoe symbolizes Wast Hoe (Harlotry)_
13  _also its in Nevada (Sin City) and a base for Prostitution! Washoe is an Indian tribe._
14  _Deer symbolizes Santa's Reindeer which symbolizes Shamanism_

15

16  ___. Defendant _Washoe County, Nevada_                 works at

17  _Insert ¶ #_                  *(full name of Defendant)*

18  _1001 E. Ninth Street, Reno, NV 89512_ .

                                *(Defendant's place of work)*

19

20  Defendant's title or position is _Vice Chair: Jeanne Herman_ .

21                               *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity              ☒ official capacity

25  This Defendant was acting under color of law because _defendant is a part of_
26  _the charades of witchcraft. Ex: Washoe symbolizes Wast Hoe (Harlotry)_
27  _and its in Nevada (Sin City), which is the base for Prostitution. ✕ WASHOE is an_
28  _INDIAN TRIBE! Vice = Visconti of Milan in ITALY! Jeanne = SAINT JEANNE a French_
_Catholic NUN who founded Sisters of the Company of Mary._

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant **Sunset Valley, Texas** works at
2 Insert ¶ #                                   *(full name of Defendant)*
3 3205 Jones Rd Sunset Valley TX 78745
                        *(Defendant's place of work)*

5 Defendant's title or position is Mayor: Marc Bruner
6                                   *(Defendant's title or position at place of work)*

7 This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity          ☒ official capacity

9 This Defendant was acting under color of law because def. is a part of
10 the charades of witchcraft. Ex: Sunset confirms that Texas
11 is Sun City. Also the Mayors name is Marc just
12 like Mark of the beast.

16 ___. Defendant **City of Sunray** works at
17 Insert ¶ #                             *(full name of Defendant)*
18 415 Main Street, Sunray, Texas 79086 (P.O. Box 250)
                        *(Defendant's place of work)*

20 Defendant's title or position is City Councilman: Mark Wisdom
21                                   *(Defendant's title or position at place of work)*

23 This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity          ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of
26 the charades of witchcraft. Ex: Sunray confirms that
27 Texas is Sun City. Also the council man's name is Mark
28 Wisdom meaning the Mark (beast) is wisdom (tree of Knowledge/weed)
which would symbolize educational system, weed dispensaries, The Beyism Church bar
the owner was smoking weed when _____ she came up with the idea, The Rastafarian
religion that believes in smoking weed, etc. this is also what labeled

1  ___. Defendant **Ebrahim Raisi** _____ works at
   *Insert ¶ #*              *(full name of Defendant)*

2  **Iman Khomeini St, Iman Khomeini Sq, Tehran, Iran** _____

3                        *(Defendant's place of work)*

4

5  Defendant's title or position is **President of Iran** _____

6                        *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

8    ☐ individual capacity          ☒ official capacity

9

10 This Defendant was acting under color of law because **the defendant is**

11 **the president of Iran which is a Muslim Nation and one**

12 **of their terrorist Groups hit Israel which has started a war**

13 **however it confirms the Biblical prophecy of Armageddon also the Groups**

14 **name is Hamas (a canaanite) and Hamas is short for "Yeshua Hamashiach"**

   **Yeshua Hamashiach means "Jesus The Messiah" yet you proclaim Allah (hypocrisy)**

15

16 ___. Defendant **Abdul Latif Rashid** _____ works at
   *Insert ¶ #*              *(full name of Defendant)*

17

18 **Al-Kindi Street, International Zone, Baghdad, Iraq** _____

19                        *(Defendant's place of work)*

20 Defendant's title or position is **President of Iraq** _____

21                        *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24    ☐ individual capacity          ☒ official capacity

25 This Defendant was acting under color of law because **the defendant is the**

26 **president of Iraq which is another Muslim Nation which**

27 **means you are working with Roman Catholics to try and stop**

28 **the coming of the Messiah Jesus Christ of Nazareth because Iraq was**

   **once the Medo-Persian Empire (Babylonian)**

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant  Sun City, Menifee, California  works at
       *Insert ¶ #*              *(full name of Defendant)*
2   29344 Havn Road, Menifee CA 92586
3                          *(Defendant's place of work)*

4

5   Defendant's title or position is  Mayor: Bill Zimmerman
                              *(Defendant's title or position at place of work)*
6

7   This Defendant is sued in his/her (check one or both):

8          ☐ individual capacity          ☑ official capacity

9

10  This Defendant was acting under color of law because  defendant is a part
11  of the charades of witchcraft. Ex: Sun is another god that
12  the pagans worshipped but it is not the son of the living
13  God whose name is Jesus Christ of Nazareth. This sun is
14  a representation of worshipping Satan (beast).

15

16  ___. Defendant  Sun City, Texas  works at
17     *Insert ¶ #*              *(full name of Defendant)*
18  P.O Box 12068, Capitol Station, Austin, TX 78711
19                        *(Defendant's place of work)*

20  Defendant's title or position is  John Carter
21                          *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24         ☐ individual capacity          ☑ official capacity

25  This Defendant was acting under color of law because defendant is a part of
26  the charades of witchcraft. Ex.

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
2     ___. Defendant South Bend Indiana _____ works at
      Insert ¶ #          (full name of Defendant)
3     227 West Jefferson Blvd South Bend, Indiana 46601 .
                          (Defendant's place of work)
4

5     Defendant's title or position is County – City Building (Re: James Mueller)
                                      (Defendant's title or position at place of work)
6
7     This Defendant is sued in his/her (check one or both):

8         ☐ individual capacity          ☒ official capacity

9
10    This Defendant was acting under color of law because defendant plays
11    a MAJOR ROLE in the charades of witchcraft _____

12    _____

13    _____

14
15
16
17    ___. Defendant Indiana Government Center South works at
      Insert ¶ #            (full name of Defendant)
18    302 W. Washington St. 5th floor Indianapolis, IN 46204
                          (Defendant's place of work)
19
20                               (Re: Todd Rokita)
21    Defendant's title or position is Office of the Indiana Attorney General
                                      (Defendant's title or position at place of work)
22

23    This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity          ☒ official capacity

25    This Defendant was acting under color of law because defendant plays
26    a MAJOR ROLE in the charades of witchcraft. My youngest
27    daughter is Indian and Black yet she got no help, she got
28    raped & DCFS covered it up while I was left helpless from the system
      so that let me know who was in on the game

                              _____
                              Page Number

                  Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant Marysville City Hall _____ works at

Insert ¶ #              *(full name of Defendant)*

209 S. Main Street, Marysville, OH _____

*(Defendant's place of work)*

Defendant's title or position is Councilman: Mark Reams _____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: Marysville symbolizes Mary (Roman Catholics) claiming the territory as the Main Street in which they have Marked

___. Defendant Lynnwood, Washington _____ works at

Insert ¶ #              *(full name of Defendant)*

19100  44Th Ave W, Lynnwood WA 98036 _____

*(Defendant's place of work)*

Defendant's title or position is Mayor: Christine Frizzell _____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charade of witchcraft. Ex: This can reflect Lynnwood CA where I grew up at after I moved from Riverside and then my life went to Hell seems like.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant **St Marys City Hall** works at
2  Insert ¶ #                     *(full name of Defendant)*
3  418 Osbourne Street, Saint Marys, Georgia 31558
                      *(Defendant's place of work)*
4
5  Defendant's title or position is **Mayor: John F. Morrissey**
                      *(Defendant's title or position at place of work)*
6
7  This Defendant is sued in his/her (check one or both):
   ☐ individual capacity              ☒ official capacity
8
9  This Defendant was acting under color of law because defendant is a part of
10 the charade of witchcraft. Ex: Here's Mary's attempt to take claim
11 over the nation Georgia which also reflects on Georgia in USA
12 and where my partner was born. This made it easier for the Catholic
13 Church to try and divide my God ordained marriage.
14
15
16 ___. Defendant **Town of Glen St. Mary** works at
17 Insert ¶ #                     *(full name of Defendant)*
18 10300 N. Glen Ave, Glen St Mary, Florida 32040
                      *(Defendant's place of work)*
19
20 Defendant's title or position is **Mayor Juanice Padgett**
                      *(Defendant's title or position at place of work)*
21
22
23 This Defendant is sued in his/her (check one or both):
24 ☐ individual capacity              ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of the
26 charade of witchcraft. Ex: St. Mary always finds herself either taking
27 claim on different grounds or hiding behind somebody else, as she
28 is indirectly controlling the grounds from the shadows with sorcery.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Cathedral of Saint Stephen, Vienna ___ works at

2  *Insert ¶ #*                    *(full name of Defendant)*

3  Stephansplatz 3, 1010 Wien, Austria

   (Stephansplatz)                *(Defendant's place of work)*

4

5  Defendant's title or position is Archbischof: Christoph Maria Michael Hugo Damian Peter Adalbert

6                                 *(Defendant's title or position at place of work)*  Schönborn

7  This Defendant is sued in his/her (check one or both):

8          ☐ individual capacity          ☑ official capacity

9

10 This Defendant was acting under color of law because the defendant is

11 named after a Saint that was put in a place of reverence

12 which is idol worship the dead and it was a seed of

13 perversion for the true intent of why people were canonized

14

15

16 ___. Defendant Stephens County Georgia ___ works at

17 *Insert ¶ #*                  *(full name of Defendant)*

18 802 E. Doyle Street Toccoa, Georgia 30577

19                              *(Defendant's place of work)*

20 Defendant's title or position is County Administrator: Christian Hamilton

21                              *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24          ☐ individual capacity          ☑ official capacity

25 This Defendant was acting under color of law because this defendant is

26 named after a saint (idol) that was put in place for

27 the purpose of perverting the truth by building foundations

28 tied to spells that were attempting to block the Messiah

   Jesus Christ

                        _____
                          Page Number

                Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Sheepshead Bay_____ works at
    *Insert ¶ #*           *(full name of Defendant)*

2   _1800 Sheepshead Bay Road Brooklyn NY 11235_____.

3                         *(Defendant's place of work)*

4

5   Defendant's title or position is _Michael Novakhov_____.

                         *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7       ☐ individual capacity          ☒ official capacity

8

9   This Defendant was acting under color of law because _defendant is a part_

10  _of the charades of witchcraft. Ex: Sheepshead is like claiming_

11  _to be the shepherd over sheep (sheepshead)_____

12  _____

13

14

15

16  ___. Defendant _Starrett City Management_____ works at
    *Insert ¶ #*           *(full name of Defendant)*

17

18  _1279 Delmar Loop, Brooklyn NY 11239_____.

                         *(Defendant's place of work)*

19

20  Defendant's title or position is _Re: President_____.

21                       *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because _defendant is a part of the_

26  _charades of witchcraft. Ex: Starrett City is on the peninsula of Jamaica_

27  _Bay while NY claims to be the city of Gods. however not the_

28  _1 true living God._____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Federation of Astronomical Societies_ works at

Insert ¶ #                        *(full name of Defendant)*

256 Bacup Rd. Todmorden, United Kingdom, OL147HJ

*(Defendant's place of work)*

Defendant's title or position is _Re: President_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _defendant is part of the charades of witchcraft_

___. Defendant _Trinity Broadcasting Network_ works at

Insert ¶ #                        *(full name of Defendant)*

2442 Michelle Dr. Tustin, CA 92780

*(Defendant's place of work)*

Defendant's title or position is _. Matt and Laurie Crouch_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft and partakes in the Federation of Astronomical Societies_

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Vatican Observatory works at
*Insert ¶ #*                          *(full name of Defendant)*

Piazza Sabotini, 4B/5 00041 Albano Iaziale RM, Italy
                          *(Defendant's place of work)*

Defendant's title or position is Astronomical Observatory
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part
of the charades of witchcraft

___. Defendant Specola Vaticana Vatican Observatory works at
*Insert ¶ #*                          *(full name of Defendant)*

2017 E Lee St Tucson, AZ 85719
                          *(Defendant's place of work)*

Defendant's title or position is Astronomical Observatory
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part
of the charades of witchcraft. Ex: Astrology, paganism using the
cosmos, etc

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  \_\_. Defendant Amunden - Scott South Pole Station \_ works at

*Insert ¶ #*  *(full name of Defendant)*

2  2415 Eisenhower Ave, Alexandria, VA 22314

3  *(Defendant's place of work)*

5  Defendant's title or position i. United States Scientific Research Station

*(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7  ☐ individual capacity        ☒ official capacity

9  This Defendant was acting under color of law because defendant is being

10  used in another parties charades of witchcraft

16  \_\_. Defendant Star City, Russia _____ works at

17  *Insert ¶ #*  *(full name of Defendant)*

18  141160, Russia, Moscow region, Star City

*(Defendant's place of work)*

20  Defendant's title or position is Yuri Gagarin Cosmonaut Training Center

*(Defendant's title or position at place of work)*

23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity        ☒ official capacity

25  This Defendant was acting under color of law because defendant is being

26  used in another parties charades of witchcraft like

27  Satan casting down a third of the stars with him

28  to earth.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant (Kyzyl) Kara-ool, Sholban Valerievich _____ works at

2    *Insert ¶ #*                              *(full name of Defendant)*

3    Administration Ulitsa Chuldum 18, Hase Government, Kyzyl, Republic of Tuva, Russia 667000

                                              *(Defendant's place of work)*

4

5    Defendant's title or position is _Siberian Federal District Governor_

6                                          *(Defendant's title or position at place of work)*

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity                    ☒ official capacity

9

10   This Defendant was acting under color of law because _the defendant has_

11   _partaken in the charades of misleading others in order to get_

12   _ahead. Shamanism has its origins in Siberia. The medieval church demonized_

13   _paganism so the horned reindeer god of shamanism became the devil of christianity_

14   _(Santa became Satan)_

15

16

17   ___. Defendant _Kartarpur_ _____ works at

     *Insert ¶ #*                  *(full name of Defendant)*

18   Gurdwara Sri Darbar Sahib Kartarpur, Narowal, Punjab, Pakistan

19                              *(Defendant's place of work)*

20

21   Defendant's title or position is _Religious Temple_

22                                      *(Defendant's title or position at place of work)*

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity                    ☒ official capacity

25   This Defendant was acting under color of law because _defendant has_

26   _partaken in the charades of misleading others_

27   _____

28   _____

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant <u>Papal Basilica of Saint Peter in the Vatican</u> works at
*Insert ¶ #*                    *(full name of Defendant)*
<u>Piazza San Pietro, 00120  Città del Vaticano, Vatican City</u>.
                    *(Defendant's place of work)*

Defendant's title or position is <u>Roman Catholic Church</u>.
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because <u>defendant is the main person behind the charades of witchcraft by taking the Word of God twisting it, canonizing some of the names so that the church would have power over whoever was born under that name (robbing the seeds) to claim as their own.</u>

___. Defendant <u>Charlotte Amalie, U.S. Virgin Islands</u> works at
*Insert ¶ #*                    *(full name of Defendant)*
<u>21-22 Kongens Gade, Charlotte Amalie, St Thomas 00804, U.S. Virgin Islands</u>
                    *(Defendant's place of work)*

Defendant's title or position is <u>Country</u>.
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because <u>defendant is a part of the charades of witchcraft ⨍x. It was founded in 1666 as Taphus (meaning 'beer house' or 'beer hall' in Danish & it's located on Saint Thomas. Charlotte is my aunts name & Steven Thomas is her nephew & my older cousin.</u>

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant  Rubén Rocha Moya (Sinaloa, Mexico) works at
2    *Insert ¶ #*              *(full name of Defendant)*
3    De los Insurgentes SN, Contro Sinaloa, 80000 Culiacán Rosales, Sinaloa Mexico.
                                    *(Defendant's place of work)*

5    Defendant's title or position is  Govenor of Sinaloa
6                                              *(Defendant's title or position at place of work)*

     This Defendant is sued in his/her (check one or both):
7
         ☐ individual capacity          ☒ official capacity
8

9    This Defendant was acting under color of law because  the defendant
10   canonized Jesus Malverde as a saint when he was
11   originally a Mexican Mafia druglord & they did such in order
12   to try and steal the position of Jesus Christ's return while
13   making me seem like I chose drugs over God.

16   ___. Defendant  Camp Stephens Confederate Camp       works at
17   *Insert ¶ #*              *(full name of Defendant)*
18   104 W. Gaston Street Savannah, GA 31401
                              *(Defendant's place of work)*

20   Defendant's title or position is  Savannah Headquarters (W. Todd Groce)
21                                              *(Defendant's title or position at place of work)*

23   This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity          ☒ official capacity
25   This Defendant was acting under color of law because the defendant's foundation
26   is built on a twisted truth and it is named after an idol
27   that's really labeled a saint but it is a saint from the
28   book of the dead.

                              Page Number

                    Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Definition _____ works at

*Insert ¶ #*                        *(full name of Defendant)*

2    285 Aldermans Green Rd, Coventry CV2 1PJ, U.K. .

3                        *(Defendant's place of work)*

4

5    Defendant's title or position is Hair Dresser in England .

                        *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity        ☒ official capacity

8

9    This Defendant was acting under color of law because defendant is the witchcraft

10   because Coventry is a state of ostracism or exile. The word

11   coven means a group or gathering of witches. The word Definition

12   means a statement of the meaning of a term. Hair Dresser means a

13   person who cuts or styles hair. However the name of the company is

14   Definition & it's a hair dresser which symbolizes INDOCTRINATION.

15

16   ___. Defendant Liverpool, Walton _____ works at

17   *Insert ¶ #*                    *(full name of Defendant)*

18   Eastern Ave Office, 83 Newsham Dr, Liverpool L6 7UH UK. .

                        *(Defendant's place of work)*

19

20   Defendant's title or position is Liverpool City Council .

                        *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity        ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part

26   of the charades of withcraft. Ex: Eastern, 83 symbolizes

27   8-3-(5), 5 symbolizes the Witches Star, Newsham symbolizes

28   News+Ham & New+Sham Dr, Liverpool means Live or Pool

     Hamas & Shamanism                                          drown

     Walton symbolize Walt                _____

                        (Disney)           Page Number

                        Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant St Patrick's Parish _____ works at
     Insert ¶ #                (full name of Defendant)
2
3    71 Central St, Stoneham, MA 02180
                              (Defendant's place of work)
4
5    Defendant's title or position is Catholic Church
                                        (Defendant's title or position at place of work)
6
     This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity        ☑ official capacity
8
9    This Defendant was acting under color of law because defendant is a part
10   of the charades of witchcraft. Patrick Anthony Powers is
11   who was then treasurer of Universal Studios & he was the person
12   who distributed the first Mickey Mouse for Walt Disney
13
14
15
16   ___. Defendant Eiken Co., Ltd _____ works at
     Insert ¶ #                (full name of Defendant)
17
18   4 Chome-19-9 Taito, Taito City, Tokyo 110-0016, Japan
                              (Defendant's place of work)
19
20   Defendant's title or position is CEO: Morifumi Wada
21                                     (Defendant's title or position at place of work)
22
23   This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity        ☑ official capacity
25   This Defendant was acting under color of law because defendant is a part of
26   the charades of witchcraft. Ex: This company is a part of the
27   pharaceutical field which is witchery
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Merck & Co., Inc. _____ works at

2    Insert ¶ #                        (full name of Defendant)

3    126 East Lincoln Ave, P.O. Box 2000, Rahway, NJ 07065 _____.

                                    (Defendant's place of work)

4

5    Defendant's title or position is Pharmaceutical Industry _____.

6                                    (Defendant's title or position at place of work)

7    This Defendant is sued in his/her (check one or both):

8         ☐ individual capacity              ☑ official capacity

9

    This Defendant was acting under color of law because defendant is a part of

10   the charades of witchcraft. Ex: Originates from Germany Merck Group

11   that was founded in 1668 (355 years ago). in 1805 Wilhelm Adam Serturner's isolation of

12   morphine from opium helped drive Merck in 1827 to pioneer commercial morphine as a market

13   * Pharmaceutical Companies Are the real drug dealers.

14

15

16   ___. Defendant The Procter & Gamble Company _____ works at

17   Insert ¶ #                        (full name of Defendant)

18   One Procter & Gamble Plaza, Cincinnati, Ohio 45202 _____

                                    (Defendant's place of work)

19

20   Defendant's title or position is President Jon R. Moeller _____

21                                    (Defendant's title or position at place of work)

22

23   This Defendant is sued in his/her (check one or both):

24         ☐ individual capacity              ☑ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26   the charades of witchcraft. _____

27   _____

28   _____

                            Page Number

                 Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Hollywood, Florida                    works at
   *Insert ¶ #*            *(full name of Defendant)*

2
3  2600 Hollywood Boulevard, Hollywood, Florida 33020
                          *(Defendant's place of work)*

4

5  Defendant's title or position is Vice Mayor: Adam D. Gruber, Clerk: Patricia Cerny, Commissioner: Linda Hill Anderson
                                   *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7      ☐ individual capacity              ☒ official capacity

8

9  This Defendant was acting under color of law because defendant is a part of

10 the charades of witchcraft. Ex: City Clerk Patricia Cerny symbolizes Patrick A Powers (co-founder

11 of Universal) being Cern, Adam D. Gruber (Vice Mayor) symbolizes Adam D. Grub her meaning

12 Adam did eat her, & Linda Hill Anderson = cum mission ers her cum mission.

13

14

15

16 ___. Defendant Canelones, Uruguay                    works at
   *Insert ¶ #*            *(full name of Defendant)*

17
18 Tomás Berreta No. 370 - Canelones  Uruguay
                          *(Defendant's place of work)*

19

20 Defendant's title or position is Mayor: Yamandú Ramón Orsi Martinez
                                   *(Defendant's title or position at place of work)*

21

22

23 This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity              ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. Ex: Ya-man-do  Ram-on or sea Martian is

27 meaning Jesus or Aliens (Artificial intelligence, Barbie world, living a lie)

28 Jesus symbolize Purity & Order or Alien symbolize Ur Gay & Confusion

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant Amsterdam (Sin City) The Netherlands works at
_Insert ¶ #_ _(full name of Defendant)_

2 John Adams Park 1, 2244 BZ Wassenaar
3 _(Defendant's place of work)_

4

5 Defendant's title or position is U.S. Embassy The Hague
_(Defendant's title or position at place of work)_

6

7 This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☑ official capacity

8

9 This Defendant was acting under color of law because defendant was used

10 in a charade of witchcraft

11 _____

12 _____

13 _____

14

15

16 ___. Defendant Las Vegas Nevada (Sin City) works at
17 _Insert ¶ #_ _(full name of Defendant)_

18 State Capital Building 101 N. Carson St Carson City NV 89701
_(Defendant's place of work)_

19

20 Defendant's title or position is Governor Joe Lombardo
21 _(Defendant's title or position at place of work)_

22

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity        ☑ official capacity

25 This Defendant was acting under color of law because defendant was

26 used in a charade of witchcraft

27 _____

28 _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Embassy of the Sultanate of Oman works at
*Insert ¶ #*          *(full name of Defendant)*

167 Queen's Gate, London, SW7 5HE
                          *(Defendant's place of work)*

Defendant's title or position is Ambassador : Badr Mohammed Badr Al Manthen
                                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because the defendant
offers relations between the U.K. and Iran which is
a part of the charade at hand

___. Defendant Stevenage Borough Council works at
*Insert ¶ #*          *(full name of Defendant)*

Daneshill House, Danestrete Stevenage SG1 1HN England
                          *(Defendant's place of work)*

Defendant's title or position is Mayor : Myla Arceno
                                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because the defendant is
caught in a charade of witchcraft behind other
peoples games. Steven is a representation of my incest w/ cousin
when I was younger

____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant First United Methodist Church of Hammond    works at

2  *(full name of Defendant)*

3  66635 Hohman Ave Hammond, Indiana 46324

   *(Defendant's place of work)*

4

5  Defendant's title or position is Religious Church

6  *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

8  ☐ individual capacity        ☑ official capacity

9

10  This Defendant was acting under color of law because defendant is a part of

11  the charades of witchcraft. Ex: (Keys) First United Methodist Church of

12  Hammond. 6+6+3+5 = 20 is 2+Hohman=Hoe man/Beast + Hammond = Ham and +

13  Indiana=India  4+6+3+2+4 = 19, 1+9 = 10 is 1 means

14

15

16  ___. Defendant Albertson Grocery    works at

17  *(full name of Defendant)*

18  250 E Parkcenter Blvd, Boise, ID 83706

19  *(Defendant's place of work)*

20  Defendant's title or position is Retail Grocery (Re: Vivek Sankaran)

21  *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24  ☐ individual capacity        ☑ official capacity

25  This Defendant was acting under color of law because defendant is a part of

26  the charades of witchcraft. Ex: Parkcenter symbolizes

27  Ham. Ham symbolizes demons that were a legend and Jesus

28  cast them into the swine which is pigs.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Buddhist Temple _____ works at

Insert ¶ #                    (full name of Defendant)

2

3  1550 W. Mahalo Pl, Compton CA 90220 _____

(Defendant's place of work)

4

5  Defendant's title or position is Buddhism _____

(Defendant's title or position at place of work)

6  This Defendant is sued in his/her (check one or both):

7      ☐ individual capacity          ☑ official capacity

8

9  This Defendant was acting under color of law because of a scandal of

10 witchcraft. Ex: Roman Catholic Church is connected to Buddhism

11 because of NUNS (females). Another word for NUN is MONK!

12

13

14

15

16 ___. Defendant Masjid Bilal Islamic Center _____ works at

17 Insert ¶ #                    (full name of Defendant)

18 4016 S. Central Ave Los Angeles CA 90011 _____

(Defendant's place of work)

19

20 Defendant's title or position is Mosque _____

21                    (Defendant's title or position at place of work)

22

23 This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity          ☑ official capacity

25 This Defendant was acting under color of law because of a scandal of

26 witchcraft. Ex: All these religions have been created under the

27 religions of either Hinduism or Catholicism

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant _Carmel Mar Thoma Center_ works at

2

*(full name of Defendant)*

_605 Old Stone Mountain Road, Stone Mountain, Georgia 30083_

3

*(Defendant's place of work)*

4

5

Defendant's title or position is _Vicar, Rev. Saju Samuel Chevukara_

6

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

7

☐ individual capacity        ☒ official capacity

8

9

This Defendant was acting under color of law because _defendant is a part of_

10

_the charades of witchcraft._

11

12

13

14

15

16

___. Defendant _Diocese of North America and Europe_ works at

17

*(full name of Defendant)*

_2320 South Merrick Avenue, Merrick, New York_

18

*(Defendant's place of work)*

19

20

Defendant's title or position is _Rev. George Abraham_

21

*(Defendant's title or position at place of work)*

22

This Defendant is sued in his/her (check one or both):

23

24

☐ individual capacity        ☒ official capacity

25

This Defendant was acting under color of law because _defendant is a part of_

26

_the charades of witchcraft. Ex:_

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Rabbinical College of Long Island _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

3  205 W. Beach St, Long Beach, NY 11561

*(Defendant's place of work)*

5  Defendant's title or position is Dean Rabbi Shlomo Lesin

*(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

9  This Defendant was acting under color of law because Defendant is a part
10  of the charades of witchcraft. Ex: This is a jewish college however
11  it is located in Suffern, NY (Suffern = Suffering) which symbolically
12  places a curse on the jews because it's an example of how God told Cain
13  that he was cursed from the face of the earth.

16  ___. Defendant Mesivta _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

18  205 West Beach St, Long Beach, NY 11561

*(Defendant's place of work)*

20  Defendant's title or position is Executive Director: David N. Rothschild

*(Defendant's title or position at place of work)*

23  This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

25  This Defendant was acting under color of law because defendant is a part
26  of the charades of witchcraft.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___: Defendant Starbucks _____ works at
2    Insert ¶ #                    (full name of Defendant)
3    2401 Utah Avenue, South, Seattle Washington 98134
                                    (Defendant's place of work)
4
5    Defendant's title or position is Starbucks Center
6                                    (Defendant's title or position at place of work)
7    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity            ☒ official capacity
8
9    This Defendant was acting under color of law because defendant has
10   partaken in the charades of misleading others to get ahead.
11
12   _____
13
14   _____
15
16   ___: Defendant The Church of Jesus Christ of Latter Day Saints works at
17   Insert ¶ #                    (full name of Defendant)
18   50 E. North Temple Salt Lake City, Utah
                                    (Defendant's place of work)
19
20   Defendant's title or position is Religious Temple
21                                    (Defendant's title or position at place of work)
22
23   This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity            ☒ official capacity
25   This Defendant was acting under color of law because defendant has
26   partaken in the charades of another parties witchcraft
27   _____
28   _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant **Olympic Refuge Foundation** works at

Insert ¶ #                    (full name of Defendant)

**Maison Olympique, 1007 Lausanne, Switzerland**

(Defendant's place of work)

Defendant's title or position is **President Thomas Bach**

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is part of the charades of witchcraft. Ex: The address says it all when it comes to who is apart of all this madness which consist of being manipulative behind religions & this worlds system

___.  Defendant **Saint Catherine's Monastery** works at

Insert ¶ #                    (full name of Defendant)

**HX4G+9CF, Saint Catherine, South Sinai Governorate 8730070, Egypt**

(Defendant's place of work)

Defendant's title or position is **CEO**

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is part of the charades of witchcraft Ex; Mount Sinai is where

_____

_____

___. Defendant Foster (J. Frank) Park works at

*Insert ¶ #*  *(full name of Defendant)*

1440 W. 87Th St Chicago IL 60620 .

*(Defendant's place of work)*

Defendant's title or position is President Junida Nicholas .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Foster is credited with developing the nation's first neighborhood park.

___. Defendant Church of South India works at

*Insert ¶ #*  *(full name of Defendant)*

No. 5, Whites Road, Royapettah, Chennai, India, Pin- 600 014

*(Defendant's place of work)*

Defendant's title or position is Rev. J. Jeba

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Roman Catholics have Nuns (females) however another term for Nun is Monks (Males) and you find Monks in Hinduism, Buddhism, etc. This is a form of trickery because most people don't know that however it also shows that there is a backdoor connection between all religions as others are _____ suffering, playing the blame-game and looking for deliverance. This Charge or Allegations don't describe this amount of pain I've endured from charades like this.

1    ____. Defendant Archdiocese of Florence _____ works at

2    *Insert ¶ #*          *(full name of Defendant)*

3    Piazza de San Giovanni, 3, 50123 Firenze FI, Italy.

      *(Defendant's place of work)*

4

5    Defendant's title or position is Religious Temple.

      *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7    ☐ individual capacity          ☑ official capacity

8

9    This Defendant was acting under color of law because defendant is a part

10   of the charades of witchcraft. Example:

11   _____

12   _____

13   _____

14

15

16   ____. Defendant Institute of Christ the King Sovereign Priest ____ works at

17   *Insert ¶ #*          *(full name of Defendant)*

18   Via del Banco di Santo Spirito, 5

      *(Defendant's place of work)*

19

20   Defendant's title or position is Vicar General (Re: Rudolf Michael Schmitz)

21        *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24   ☐ individual capacity          ☑ official capacity

25   This Defendant was acting under color of law because defendant is a part

26   of the charades of witchcraft. Example: This institute's rule of life

27   is based generally on that of the secular canons & not the virtue

28   of Jesus Christ

                                   Page Number

                    Civil Rights Complaint Pursuant to U.S.C. § 1983

1

____. Defendant Christian Church (DOC) in Georgia works at

*Insert ¶ #*

2

🖾 2306 Vineville Ave Ste B, Macon, GA 31204

*(full name of Defendant)*

3

*(Defendant's place of work)*

4

5

Defendant's title or position is Religious Church

6

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

7

☐ individual capacity          ☒ official capacity

8

9

This Defendant was acting under color of law because defendant is caught

10

in a web of witchcraft due to another parties Charades

11

12

13

14

15

16

____. Defendant Christian Church (DOC) Central Rocky Mountain Region works at

17

*Insert ¶ #*

*(full name of Defendant)*

18

9250 E Costilla Ave Suite 1005, Greenwood Village CO 80112

19

*(Defendant's place of work)*

20

Defendant's title or position is Religious Church

21

*(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

24

☐ individual capacity          ☒ official capacity

25

This Defendant was acting under color of law because defendant is caught

26

in a web of witchcraft due to another parties charades

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___ Defendant **Christian Church in Oklahoma** works at

2    *Insert ¶ #* **301 NW 36th St. Oklahoma City, OK 73118**

*(full name of Defendant)*

*(Defendant's place of work)*

3

4

5    Defendant's title or position is **Religious Church (Disciples of Christ)**

*(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity            ☒ official capacity

8

9    This Defendant was acting under color of law because **the defendant is**

10   **caught up in a web of witchcraft due to another parties**

11   **chevades**

12

13

14

15

16   ___ Defendant **Christian Church (Disciples of Christ) Great River Region** works at

17   *Insert ¶ #* **4724 Hillcrest Avenue, Little Rock, AR 72205**

*(full name of Defendant)*

*(Defendant's place of work)*

18

19

20   Defendant's title or position is **Religious Church**

*(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity            ☒ official capacity

25   This Defendant was acting under color of law because **the defendant is**

26   **caught up in a web of witchcraft due to another parties**

27   **chevades**

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant <u>Corpus Christi International Airport</u> works at
*Insert ¶ #*                                    *(full name of Defendant)*

<u>1000 International Dr. Corpus Christi, Texas 78404</u>.
                        *(Defendant's place of work)*

Defendant's title or position is <u>International Airport</u>
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because <u>defendant offers</u> <u>transportation services by air under the name Corpus Christi. Corpus Christi means Body of Christ however this is a secular entity prostituting the Body of Christ</u>

___. Defendant <u>University of the Incarnate Word Corpus Christi Center</u> works at
*Insert ¶ #*                                    *(full name of Defendant)*

<u>4301 Broadway San Antonio Texas 78209</u>
                        *(Defendant's place of work)*

Defendant's title or position is <u>Catholic University</u>
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because <u>defendant offers educational</u> <u>services to humanity for the Catholic church under the name above. however University really means universal, Incarnate means to provide with flesh or a body; embody, Word isn't from the Bible (the world's view), and Corpus Christi = Body of Christ! This is a twisted truth (prostituting God for worldly gain). Also, it's located on _____ Broadway symbolizing destruction (Matt 7:13) and it's in San Antonio, Texas symbolizing how Latin America is making merchandise of man [my partner Antonio] as they labeled him negatively and they pretended to be Christ like & this is also how they got in between our relationship as they forced upon him multiple women to try & keep us separated and this is also how the men have been being controlled without knowing it (witchcraft)</u>

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Archdiocese of San Antonio works at
     *Insert ¶ #*                *(full name of Defendant)*
2    2718 W. Woodlawn Ave San Antonio Texas 78228        .
3                         *(Defendant's place of work)*

4

5    Defendant's title or position is ~~Bishop~~ Auxiliary Bishop Michael J. Boulette
                                       *(Defendant's title or position at place of work)*
6
     This Defendant is sued in his/her (check one or both):
7
         ☐ individual capacity           ☒ official capacity
8

9    This Defendant was acting under color of law because defendant was

10   in a cherade of witchcraft. Texas was originally a part

11   of Mexico so it was easy to hide behind Antonio

12   and Christ.

13

14

15

16   ___. Defendant Roman Catholic Diocese of Saint Joseph at Irkutsk works at
     *Insert ¶ #*                *(full name of Defendant)*
17
18   Vlitsa Griboyedova, 110, Irkutsk, Irkutsk Oblast, Russia, 664074
                              *(Defendant's place of work)*
19

20   Defendant's title or position is Bishop Cyril Klimowicz
21                                   *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity           ☐ official capacity

25   This Defendant was acting under color of law because defendant is

26   caught in scandal of witchcraft

27

28

                              Page Number
                 Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant *Cathedral of Christ the Light* _____ works at

   *Insert ¶ #*                    *(full name of Defendant)*

2

3  2121 Harrison St Oakland CA _____

                          *(Defendant's place of work)*

4

5  Defendant's title or position is *Bishop Michael C. Barber* _____

                          *(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

        ☐ individual capacity              ☒ official capacity

8

9  This Defendant was acting under color of law because *defendant is a part*

10 *of the charades of Witchcraft. Exs Harrison is my grandmothers*

11 *Last Name. this shows that Roman Catholics been tracking and*

12 *scandalizing my family for decades wasting on Christ the Light*

13

14

15

16 ___. Defendant *Turku Cathedral* _____ works at

   *Insert ¶ #*                    *(full name of Defendant)*

17

18 1 Tuomiokirkonkatu, Turku 20500 _____

                          *(Defendant's place of work)*

19

20 Defendant's title or position is *ArchBishop Tapio Luoma* _____

                          *(Defendant's title or position at place of work)*

21

22

23 This Defendant is sued in his/her (check one or both):

        ☐ individual capacity              ☒ official capacity

24

25 This Defendant was acting under color of law because *defendant is a part*

26 *of the charades of witchcraft.*

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ____. Defendant _Christ the King_____ works at

2   Insert ¶ #                              (full name of Defendant)
    St John Bosco's Church, 91 Terviston Street New Stevenston, Motherwell,
3                              (Defendant's place of work)                                  ML1 4JS

4
5   Defendant's title or position is _Rev. Gerard Haddock_____.
                                         (Defendant's title or position at place of work)

6   This Defendant is sued in his/her (check one or both):

7         ☐ individual capacity              ☒ official capacity

8

9   This Defendant was acting under color of law because _defendant is a part of_
10  _the charades of witchcraft. Ex¹_____

11  _____

12  _____

13

14

15

16  ____. Defendant _St. Patrick's Catholic Church_____ works at

17  Insert ¶ #                              (full name of Defendant)
18  1ˢᵗ. John St, Coatbridge ML5 3HB, United Kingdom
                                 (Defendant's place of work)

19

20  Defendant's title or position is _Fr. Kevin McGoldrick_____.
                                         (Defendant's title or position at place of work)

21

22

23  This Defendant is sued in his/her (check one or both):

          ☐ individual capacity              ☒ official capacity
24
25  This Defendant was acting under color of law because _defendant is a part of_
    _the charades of witchcraft._____
26
27  _____

28  _____


_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant _Holy Cross, Victoria_ works at
2 Insert ¶ #       *(full name of Defendant)*
_1019 Gordon Head Road, Victoria, BC V8N 3X7_.
3              *(Defendant's place of work)*

4

5 Defendant's title or position is _Father William Hann_.
              *(Defendant's title or position at place of work)*
6

7 This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity
8

9 This Defendant was acting under color of law because _defendant is a part of_
10 _the charades of witchcraft. Ex: Holy Cross, Victoria is symbolic_
11 _to the crucifixion of Jesus Christ of Nazareth because he died on_
12 _the cross for our sins however the bride (church) still had a bid to pay_
13 _which led us up to the fight in Revelation_

14

15

16 ___. Defendant _Smithtown NY_ works at
17 Insert ¶ #       *(full name of Defendant)*
18 _285 Middle Country Rd, Suite 202, Smithtown NY 11787_.
              *(Defendant's place of work)*
19

20 Defendant's title or position is _Michael J. Fitzpatrick_.
21              *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity        ☒ official capacity

25 This Defendant was acting under color of law because _defendant is a part_
26 _of the charades of witchcraft. Ex: Smithtown symbolizes Will Smith_
27 _in today's time. Will Smith & his wife live an inbetween type_
28 _of lifestyle which would symbolize the middle because they_
_are swingers? NY is consider the City of Gods so this is another_
_way perversion is trying_ Page Number _to take the crown_

___. Defendant _Victoria Texas_ works at
_Insert ¶ #_                _(full name of Defendant)_

_105 West Juan Linn St, Victoria, Texas 77901_
_(Defendant's place of work)_

Defendant's title or position is _City Manager: Jesús A. Garza_
_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _defendant was a part of the charades of witchcraft. Ex: My name is Victoria and I wrote the book J.E.S.US. plus opened the company RAM. (a male adult lamb). Somebody is always hiding behind my name & taking credit for my life just like the antichrist pretending to be Jesus._

___. Defendant _Holy Family Catholic Church_ works at
_Insert ¶ #_                _(full name of Defendant)_

_704 Mallette Dr, Victoria, Texas 77904_
_(Defendant's place of work)_

Defendant's title or position is _Pastor Gabriel Bentil_
_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Holy Family of Joseph, Mary, & Jesus Roman Catholic Church however the Catholic Church does not keep Jesus in his rightful place._

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant Stevens Pass Ski Resort                                works at

2 *Insert ¶ #*                          *(full name of Defendant)*

3 US-2, Skykomish, WA 98288

                                        *(Defendant's place of work)*

4

5 Defendant's title or position is Vail Resorts CEO: Kirsten Lynch

6                                     *(Defendant's title or position at place of work)*

7 This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity              ☒ official capacity

9

10 This Defendant was acting under color of law because defendant is a part of

11 the charades of witchcraft.

12 _____

13 _____

14 _____

15 _____

16

17 ___. Defendant McCormick & Company                              works at

   *Insert ¶ #*                         *(full name of Defendant)*

18 24 Schilling Road, Hunt Valley, MD 21031

19                                      *(Defendant's place of work)*

20

21 Defendant's title or position is CFO & EVP: Mike Smith

22                                      *(Defendant's title or position at place of work)*

23 This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity              ☒ official capacity

25 This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. Ex: I am the salt of the earth

27 _____

28 _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Bay Ridge, Brooklyn New York ___ works at

     *Insert ¶ #*              *(full name of Defendant)*

2
3    4907 4th Ave, Suite 1A, Brooklyn, NY 11220

                         *(Defendant's place of work)*

4
5    Defendant's title or position is Congressman: Dan Goldman.

                              *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity          ☒ official capacity

8
9    This Defendant was acting under color of law because defendant is a part

10   of the charades of witchcraft. Ex:

11
12   _____

13   _____

14
15
16   ___. Defendant Crown Heights Jewish Community Council works at

     *Insert ¶ #*              *(full name of Defendant)*

17
18   387 Kingston Ave, Brooklyn NY 11225

                         *(Defendant's place of work)*

19
20   Defendant's title or position is Chairman: Zaki (Isaac) Tamir

                              *(Defendant's title or position at place of work)*

21
22
23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part

26   of the charades of witchcraft. Ex: The 12 tribes of Israel come

27   from Jacob the son of Isaac. His (the chairman) middle name

28   is Isaac

     _____
     Page Number

     Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Defendant Orden de la Compañia de Maria, N.S. works at
Insert ¶ #              *(full name of Defendant)*

Via Nomentana 333 00162 Roma                    .
                    *(Defendant's place of work)*

Defendant's title or position is Patience Masika Mutsunga              .
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is part of
the charades of witchcraft. Ex:

____. Defendant Headquarters of the United Nations works at
Insert ¶ #              *(full name of Defendant)*

405 E. 45th Street, New York, NY 10017 ,        .
                    *(Defendant's place of work)*

Defendant's title or position is Secretary General : Antonio Guterres    .
                              *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is part of
the charades of witchcraft.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Our Lady of Sorrows, Corona _____ works at
Insert ¶ #                    *(full name of Defendant)*

2    104-11 37Th Ave, Queens, NY 11368 _____
3                              *(Defendant's place of work)*

4

5    Defendant's title or position is Pastor Manuel de Jesús Rodriguez.
                                      *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity          ☑official capacity

9

10   This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: Corona= Crown then its in Queens =

11   Crown of Queens on the head of the Lady of Sorrows and

12   the Pastor stands as Manuel de Jesús Rodríguez. This is

13   still the Anti Christ

14

15

16   ___. Defendant Saint Leo Roman Catholic Church _____ works at
Insert ¶ #                    *(full name of Defendant)*

17

18   104-05 49Th Ave, Queens, NY 11368 _____.
                              *(Defendant's place of work)*

19

20   Defendant's title or position is Roman Catholic Bishop
21                                    *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ☑official capacity

25   This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: Leo in astrology symbolizes a lion

26   So this is like claiming to be the lion of Judah because Judah

27   means "praise" & Judah is one of the 12 tribes of Israel.

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant St Michaels Abbey                           works at
2 Insert ¶ #                    (full name of Defendant)
3 27977 Silverado Canyon Road Silverado, CA 92676 .
                              (Defendant's place of work)
4
5 Defendant's title or position is Rev. Eugene Joseph Hayes
6                                 (Defendant's title or position at place of work)
7 This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity              ☒ official capacity
9
10 This Defendant was acting under color of law because defendant is a part of
11 the charade of witchcraft. Ex: Revelation 12:7- And there was a war in heaven: Michael
12 and his angels fought against the dragon; and the dragon fought and his angels, the deception
13 here is that by calling this church St. Michael is really saying the Catholic church is the
14 angels but they're the other side however this was an attempt to deceive mankind.
15
16 ___. Defendant Clarence, NY                             works at
17 Insert ¶ #                    (full name of Defendant)
18 8180 Main St. Clarence NY 14221
                              (Defendant's place of work)
19
20 Defendant's title or position is Michael J. Norris
21                                 (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity              ☒ official capacity
25 This Defendant was acting under color of law because defendant is a part of the
26 charade of witchcraft.
27 _____
28 _____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Portico of San Luca                                    works at

2    *Insert ¶ #*                    *(full name of Defendant)*

3    Piazza Maggiore, 40124, Bologna Italy
                                *(Defendant's place of work)*

4

5    Defendant's title or position is Religious Site
                                    *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity                ☑ official capacity

8

9    This Defendant was acting under color of law because defendant has Idole

10   arches to symbolize Madonna defecating the devil. The charade

11   of witchcraft is the fact that Madonna is not Eve so how did she defeat

12   the devil if the battle was with Eve not Mary's dobblegangor.

13

14

15

16   ___. Defendant Sanctuary of the Madonna of San Luca           works at

17   *Insert ¶ #*                    *(full name of Defendant)*

18   Via di San Luca, 36, 40135  Bologna BO, Italy
                                *(Defendant's place of work)*

19

20   Defendant's title or position is Religious Temple

21                                  *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity                ☑ official capacity

25   This Defendant was acting under color of law because defendant is a part

26   of the charades of witchcraft. This is a part of the Idole

27   arches that symbolize Madonna defeating the devil.

28   Madonna is Catholic Church's Version of the Virgin Mary

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Canterbury Cathedral_____ works at
     *Insert ¶ #*              *(full name of Defendant)*
2    _Cathedral House, 11 The Precincts, Canterbury CT1 2EH, UK_.
3                            *(Defendant's place of work)*

4
5    Defendant's title or position is _Bishop Rose Hudson-Wilkin (Bishop of Dover)_
                                     *(Defendant's title or position at place of work)*
6
7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity          ☒ official capacity

9    This Defendant was acting under color of law because _defendant is a part_
10   _of the charades of witchcraft_____
11   _____
12   _____
13   _____
14
15
16   ___. Defendant _St Patrick's Cathedral_____ works at
     *Insert ¶ #*              *(full name of Defendant)*
17
18   _St Patrick's Close, Dublin, D08 H6X3, Ireland_____
                            *(Defendant's place of work)*
19
20   Defendant's title or position is _National Cathedral of the Church of Ireland_
21                                   *(Defendant's title or position at place of work)*
22
23   This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because _defendant is a part_
26   _of the charades of witchcraft. Ex: St Patrick day is associated_
27   _with magic, 4 leaf clover, gold, leprechaun_
28

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Agropecuaria El Cristiano works at
Insert ¶ #                    *(full name of Defendant)*

2   VQWP+79W, EL TIGRE 6050, Anzóátegui, Venezuela
3                    *(Defendant's place of work)*

4

5   Defendant's title or position is Agriculture
                    *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity        ☑ official capacity

8

9   This Defendant was acting under color of law because defendant was
10  used in another parties charades of witchcraft.
11  Ex: Agriculture of Christian Tiger
12

13

14

15

16   ___. Defendant Priestly Fraternity of Saint Peter works at
17  Insert ¶ #                    *(full name of Defendant)*

18  Maison Saint Pierre Canisius, Fribourg, Switzerland
                    *(Defendant's place of work)*

19

20  Defendant's title or position is Catholic Society of apostolic life
21                    *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity        ☑ official capacity

25  This Defendant was acting under color of law because defendant was
26  used in another parties charades of witchcraft
27  whose founder was Josef Bisig (example of witchery is
28  Joseph the King of Dreams + Buy (igarrettes)(spell error LoL)

Maison = Mason

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Santa Susanna at the Baths of Diocletian ____ works at

2   *Insert ¶ #*          *(full name of Defendant)*

3   Via Venti Settembre, 14, 00187 Rome, Italy
                          *(Defendant's place of work)*

4

5   Defendant's title or position is CATHOLIC CHURCH .
                                    *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity          ☒ official capacity

8

9   This Defendant was acting under color of law because defendant is a part

10  of the charades of witchcraft

11  _____

12  _____

13  _____

14

15

16  ___. Defendant St. Patrick's Catholic American Parish in Rome ____ works at

17  *Insert ¶ #*          *(full name of Defendant)*

18  Chiesa di San Patrizio Via Boncompagni 31 00187 Rome Italy
                          *(Defendant's place of work)*

19

20  Defendant's title or position is Catholic Church .
                                    *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity          ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part

26  of the charades of witchcraft. Ex: the address zip code is

27  00187 Rome, Italy (kill Rome)

28  _____

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Sovereign Military Hospitaller Order of St. John of Jerusalem works at
2    *Insert ¶ #*                    *(full name of Defendant)*

3    Magistral Palace, Via Condotti, 68 Rome — Italy
     *(Defendant's place of work)*

4

5    Defendant's title or position is Catholic Religious Order .
                                      *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7
8              ☐ individual capacity          ☒ official capacity

9
10   This Defendant was acting under color of law because defendant is a part
     of the charades of witchcraft which also transfers those
11   spirits to others that they're supposed to be healing
12

13

14

15

16   ___. Defendant The Benedictine Confederation          works at
17   *Insert ¶ #*                    *(full name of Defendant)*

18   Piazza dei Cavalieri di Malta 5 , 00153 Rome, Italy
                      *(Defendant's place of work)*

19

20   Defendant's title or position is Abbot Primate (Re: Gregory Polan OSB)
21                                    *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24             ☐ individual capacity          ☒ official capacity

25   This Defendant was acting under color of law because defendant is a part
26   of the charades of witchcraft. Ex: The Confederation was birthed
27   out in Hispanic America however the males are called "Black Monks"

28

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Istanbul, Turkey_ works at

Insert ¶ #                    *(full name of Defendant)*

_Ankara Caddesi 34110 Cagaloglu-Fatih/Istanbul_ .

*(Defendant's place of work)*

Defendant's title or position is _Governor: Davut Gül_ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: The pagan holiday of Thanksgiving is celebrated by eating a turkey. This is the country of Turkey and the Istanbul can symbolize I-stand-bul also a bull is a beast so that goes to show the paganism of the Holidays & the parties involved_

___. Defendant _Seattle Washington_ works at

Insert ¶ #                    *(full name of Defendant)*

_600 4th Ave, 7th Floor, Seattle Washington 98104_ .

*(Defendant's place of work)*

Defendant's title or position is _Deputy Mayor Kendee Yamaguchi & Mayor Bruce Harrell_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex. Deputy Mayor Kendee is significant because Kendee can be candy means sugar which comes from Cane (Cain killed Abel) or Kendee can symbolize Ken D and in Barbies World its Ken & Barbie which is a made up world._

———————
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant The Order of Friars Minor (OFM) works at

2  Insert ¶ #          (full name of Defendant)

3  Via S. Maria Mediatrice 25, 00165 Rome, Italy

   (Defendant's place of work)

4

5  Defendant's title or position is Vicar General: Br. Ignacio Ceja Jiménez

   (Defendant's title or position at place of work)

6

7  This Defendant is sued in his/her (check one or both):

8     ☐ individual capacity              ☑ official capacity

9

   This Defendant was acting under color of law because defendants are a part

10 of the charade of witchcraft. Ex: This is one of the three

11 Franciscan Orders.

12

13

14

15

16

17 ___. Defendant Anglican Church of Southern Africa works at

   Insert ¶ #          (full name of Defendant)

18 20 Bishopscourt Drive, Bishopscourt, 7708 Cape Town, South Africa

   (Defendant's place of work)

19

20 Defendant's title or position is Primate: Thabo Makgoba

   (Defendant's title or position at place of work)

21

22

23 This Defendant is sued in his/her (check one or both):

24    ☐ individual capacity              ☑ official capacity

25 This Defendant was acting under color of law because defendants are a part

26 of the charade of witchcraft. Ex: This is the Anglican church

27 playing as a bishop in South Africa & a savior because of Cape

28 Town (like superman wearing a cape as he saved the day.)

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Republic of Paraguay (South African Government)_ works at

*Insert ¶ #*                    *(full name of Defendant)*

189 Strelitzia Road, Waterkloof Heights, PRETORIA                    .

*(Defendant's place of work)*

Defendant's title or position is Ambassador: Juan Ignacio Livieres Ocampos, HE.Mr

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the

charades of witchcraft.

___. Defendant _Municipality of Larissa_                    works at

*Insert ¶ #*                    *(full name of Defendant)*

Ionos Dragoumi 1, P.O, 41222                    —

*(Defendant's place of work)*

Defendant's title or position is Mayor Apostolos Kalogiannis

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part_

of the charades of witchcraft. Ex: In S.America you have the country Paraguay, in this

country you have Fuerte Olimpo (a city). When you look up Olimpo; Olypos Larissa in Greece pops up.

Larry my uncle is who I was after when it came to perversion & they took my seed (DCFS).

Larissa is a female version of Larry which makes Transgender (Dronysus). Vatican is

pro LGBT & the Pope is from Argentina ___ which is S. America - like I said before they

have been perverting the blacks & hiding behind US.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant _Anglican Church of Canada_ works at

_Insert ¶ #_                          *(full name of Defendant)*

2
3 _80 Hayden Street Toronto Ontario M4Y 3G2_ .

*(Defendant's place of work)*

4
5 Defendant's title or position is _Religion_ .

*(Defendant's title or position at place of work)*

6
7 This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☑ official capacity

8
9 This Defendant was acting under color of law because _defendant is a_

10 _part of the charades of witchcraft_

11
12 _____

13 _____

14

15

16 ___. Defendant _Cathedral-Basilica of Notre Dame de Quebec_ works at

17 _Insert ¶ #_                          *(full name of Defendant)*

18 _16, rue de Buade Quebec City, Quebec G1R 4A1_ .

*(Defendant's place of work)*

19

20 Defendant's title or position is _CATHOLIC CHURCH of CANADA_

21 *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24 ☐ individual capacity            ☑ official capacity

25 This Defendant was acting under color of law because _defendant is a part_

26 _of the charades of witchcraft. Ex: Notre Dame signifies_

27 _Gargoyles._

28 _____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant Harimandir Sahib (The Golden Temple) works at
  Insert ¶ #                                      *(full name of Defendant)*
2 Harmandir Sahib, Golden Temple Rd, Atta Mandi, Katra Ahluwalia, Amritsar, Punjab 143006, India
3                                    *(Defendant's place of work)*
4
5 Defendant's title or position is Religious Temple .
                                         *(Defendant's title or position at place of work)*
6
  This Defendant is sued in his/her (check one or both):
7
          ☐ individual capacity              ☒ official capacity
8
9 This Defendant was acting under color of law because the defendant has
10 partaken in the charades of misleading others in order to
11 get ahead
12 _____
13 _____
14
15
16 ___. Defendant Gurdwara Nankana Sahib works at
17   Insert ¶ #                              *(full name of Defendant)*
18 Room No. 1, Gurdwara Nankana Sahib, Pakistan
19                          *(Defendant's place of work)*
20 Defendant's title or position is Religious Temple .
21                                      *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both):
24          ☐ individual capacity              ☒ official capacity
25 This Defendant was acting under color of law because the defendant has
26 partaken in the charades of misleading others in order to
27 get ahead
28 _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _United Church of Canada_____ works at

2    *Insert ¶ #* _____(full name of Defendant)_____

3    200-3250 Bloor St. W Toronto ON M8X 2Y4_____.
                    *(Defendant's place of work)*

4

5    Defendant's title or position is _Mainline Protestant_____.
                        *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7         ☐ individual capacity              ☒ official capacity

8

9    This Defendant was acting under color of law because _defendant is a part_

10   _of the charades of witchcraft_____

11   _____

12   _____

13   _____

14

15

16   ___. Defendant _The Church of Scotland_____ works at

17   *Insert ¶ #* _____(full name of Defendant)_____

18   121 George St Edinburgh, EH2 4YN_____.
                    *(Defendant's place of work)*

19

20   Defendant's title or position is _National Church_____.
                        *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity              ☒ official capacity

25   This Defendant was acting under color of law because _defendant is a_

26   _part of the charades of witchcraft_____

27   _____

28   _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant  _Cambodia_____  works at

_Insert ¶ #_                          _(full name of Defendant)_

_Royal Embassy of Cambodia, 4530 16th St, NW, Washington DC 20011_ .

_(Defendant's place of work)_

Defendant's title or position is _Ambassador: His Excellency Keo Chhea_ .

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because  _defendant is a part_
_of the charade of witchcraft. Ex: Communist agenda (anti-religion)_
_yet you're predominantly Buddhist which still goes up to hinduism_

___.  Defendant  _Thailand_____  works at

_Insert ¶ #_                          _(full name of Defendant)_

_Royal Thai Embassy, 1024 Wisconsin Ave, NW, Washington DC 20007_ .

_(Defendant's place of work)_

Defendant's title or position is _Ambassador: Mr. Tanee Sangrat_ .

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because  _defendant is a part_
_of the charade of witchcraft. Buddhism is the official_
_religion of Thailand which is how Catholics are controlling_
_using Backdoor system through Hinduism_

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant The College of St George                    works at
        Insert ¶ #                (full name of Defendant)
2    Windsor Castle, Windsor, Berkshire, SL4 1NJ
3                                (Defendant's place of work)
4
5    Defendant's title or position is Education
                                        (Defendant's title or position at place of work)
6    This Defendant is sued in his/her (check one or both):
7        ☐ individual capacity          ☒ official capacity
8
9    This Defendant was acting under color of law because defendant is
10   caught in another parties charades of witchery
11
12
13
14
15
16   ___. Defendant Misshe Lion                             works at
        Insert ¶ #                (full name of Defendant)
17
18   14 David Flusser, Jerusalem 9378322, Israel
19                                (Defendant's place of work)
20   Defendant's title or position is Mayor of Jerusalem
21                                (Defendant's title or position at place of work)
22
23   This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity          ☒ official capacity
25   This Defendant was acting under color of law because defendant has
26   been used for another parties charades of witchery.
27   Example: Lion (Lion of Judah=Jesus) is the 1st mayor of
28   Jerusalem or Sephardi docrent (Shepherd)=Jesus is the
     1st Jerusalem Shepherd! * The Knights Hospitaller of St John is witchcraft!

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _City of Commerce_ works at
*Insert ¶ #*                    *(full name of Defendant)*

_2535 Commerce Way, Commerce CA 90040_ .
                    *(Defendant's place of work)*

Defendant's title or position is _City Council: Mireya Garcia_ .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Commerce symbolizes making merchandise of men. 2 Peter And through covetousness shall they with feigned words make merchandise of you. Also, my daughters name is Moriya (switched the I & E) and thats who they used against me. Also, I'm here proving how they top dogs have been trafficking me, using me to get rich, and keeping me in poverty._

___. Defendant _City of Industry_ works at
*Insert ¶ #*                    *(full name of Defendant)*

_16625 Mayor Dave Way, City of Industry, CA 91744_ .
                    *(Defendant's place of work)*

Defendant's title or position is _Mayor: Cory C. Moss_ .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. Ex: Industry symbolizes when they began the industrial era_

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Sunland Ford_____ works at
     Insert ¶ #                    *(full name of Defendant)*

2
3    _15330 Palmdale Rd, Victorville, CA 92392_____.
                               *(Defendant's place of work)*

4

5    Defendant's title or position is _CEO_____.
                                    *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

8          ☐ individual capacity            ☒ official capacity

9    This Defendant was acting under color of law because _defendant is a part of_

10   _the charades of witchcraft._____

11   _____

12   _____

13   _____

14

15

16   ___. Defendant _Sears Roebuck and Co._____ works at
     Insert ¶ #                    *(full name of Defendant)*

17

18   _3333 Beverly Road, Hoffman Estates, Illinois 60179_____
                               *(Defendant's place of work)*

19

20   Defendant's title or position is _CFO of Transformco: Neeraj Karhade_
                                    *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24          ☐ individual capacity            ☒ official capacity

25   This Defendant was acting under color of law because _defendant is a part of_

26   _the charades of witchcraft._____

27   _____

28   _____

                              _____
                              Page Number

                   Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant _Universal City, Texas_____ works at

_Insert ¶ #_                        *(full name of Defendant)*

2150 Universal City Boulevard, Universal City, Texas 78148 .

*(Defendant's place of work)*

Defendant's title or position is Mayor John Williams & Councilman Steven Buck

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: They have been robbing the Chosen ones of the inheritance while manipulating & pretending to be any more.

___. Defendant _Century City Chamber of Commerce_ works at

_Insert ¶ #_                        *(full name of Defendant)*

2029 Century Park E. #4392, Los Angeles, CA 90067

*(Defendant's place of work)*

Defendant's title or position is Gina Guarino

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Century means "a period of one hundred years." + City + Chamber of Commerce means it's "a group of businesses that supports the interests of it's members" so this lets us see that the people need to reorganize the house before the City can benefit because the road it's on now is not leading to freedom.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant *Santa Barbara City Hall* _____ works at
    Insert ¶ #              *(full name of Defendant)*

2

3   *735 Anacapa St, Santa Barbara CA 93101* _____.
                        *(Defendant's place of work)*

4

5   Defendant's title or position is *U.S. Representative: Salvei Carbajal*.
                                *(Defendant's title or position at place of work)*

6

7   This Defendant is sued in his/her (check one or both):

        ☐ individual capacity        ☒ official capacity

8

9   This Defendant was acting under color of law because *defendant is a part of*

10  *the charades of witchcraft. Ex: Santa Barbara symbolizes*

11  *Santa being Satan and Barbara being Barbie Era = China (they have a*

12  *people's language called Santa) and Niki Minaj (her name is Barbie meaning Fake) Ana = Catholic for Mary*

13  *China + (Romani + Mary) = Mexico + India*
                        *Carbajal        (bajal)*

14

15

16  ___. Defendant *Santa Clarita* _____ works at
    Insert ¶ #              *(full name of Defendant)*

17

18  *23920 Valencia Blvd, Santa Clarita 91355* _____.
                        *(Defendant's place of work)*

19

20  Defendant's title or position is *Mayor Cameron Smyth*
                                *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

        ☐ individual capacity        ☒ official capacity

24

25  This Defendant was acting under color of law because *defendant is a part*

26  *of the charades of witchcraft. Ex: Santa (Romani leader name is Klaus)*

27  *Clarita (Clare = Clairvoyance meaning witchcraft)*

28  _____

                    _____
                    Page Number

                Civil Rights Complaint Pursuant to U.S.C. § 1983